UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 20-20451
                                          Honorable Linda V. Parker

NABIL MOHSEN-MOHSEN AL SUBARI,

        Defendant.
_____/

## ORDER DENYING MOTION TO AMEND THE TERMS OF SUPERVISED RELEASE (ECF NO. 55)

This matter comes before the Court on Defendant's motion to amend the terms of supervised release. (ECF No. 55.) Specifically, Defendant seeks early termination of his home confinement and permission to travel to Yemen so he can care for his mother, who recently suffered a stroke. The Government opposes the motion. (ECF No. 57.)

On August 29, 2022, this Court sentenced Defendant to a six-month term of imprisonment, followed by a one-year term of supervised release. The Court further ordered that the first six months of supervised release be served under home confinement. Defendant began that term of supervised release on September 15, 2023.

While the Court is sympathetic to the condition of Defendant's mother, a

modification of his supervised release term is not warranted. Notably, Defendant has sought to delay or amend his sentence five separate times. (*See* ECF No. 54.) The Court granted all but Defendant's last request. (*See id.*) The Court declines to offer yet another modification. Defendant may petition the Court for permission to travel following the expiration of the home confinement condition.

Accordingly,

**IT IS ORDERED** that Defendant's motion to amend the terms of supervised release (ECF No. 55) is **DENIED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: January 8, 2024